UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BARRY THORNE

    Plaintiff,

v.                                      Case No. 8:17-cv-1072-T-27TBM

CREDIT ONE BANK, N.A.,

    Defendant.
_____/

## ORDER

**BEFORE THE COURT** is the Joint Motion to Set Aside Default (Dkt. 23). The parties have shown good cause to set aside the Clerk's Default entered on June 28, 2017 (Dkt. 8). *See* Fed. R. Civ. P. 55(c). Accordingly, the Motion (Dkt. 23) is **GRANTED**. The Clerk is directed to **SET ASIDE** the default entered on June 28, 2017 (Dkt. 8).

**DONE AND ORDERED** this 22nd day of August, 2017.

                                                    JAMES D. WHITTEMORE
                                                    **United States District Judge**

Copies to:
Counsel of Record

1