UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BARRY THORNE

    Plaintiff,

v.                                               Case No. 8:17-cv-1072-T-27TBM

CREDIT ONE BANK, N.A.,

    Defendant.
_____/

## ORDER

**BEFORE THE COURT** is the Joint Motion to Stay and Refer Case to Arbitration (Dkt. 26). Upon consideration, the motion is **GRANTED**. This case is **STAYED** pending arbitration. The Clerk is directed to **ADMINISTRATIVELY CLOSE** the file.

**DONE AND ORDERED** this 10th day of October, 2017.

                                                        JAMES D. WHITTEMORE
                                                        **United States District Judge**

Copies to:
Counsel of Record